**DONALD M. GINDY**
PROFESSIONAL LAW CORPORATION
1880 CENTURY PARK EAST
SUITE 615
LOS ANGELES, CALIFORNIA 90067-1622
Tel (310) 772-0585
Fax (310) 772-0018
email: don@gindylaw.com
SBN 45228
Attorney for Plaintiff David Crook dba VB Conversions

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- WEST REGION

| | |
|---|---|
| DAVID A. CROOK dba VB CONVERSIONS, <br><br> Plaintiff, <br><br> vs. <br><br> HARCOURT INVESTMENT CONSULTING AG, a Swiss corporation; KOECHLIN, an individual; DOES 1-10 inclusive, <br><br> Defendants | CASE NO. <br><br> **CV09-05899** AHM (Ex) <br><br> **COMPLAINT FOR:** <br><br> **1. COPYRIGHT INFRINGEMENT;** <br><br> **2. CONTRIBUTORY COPYRIGHT INFRINGEMENT;** <br><br> **3. VICARIOUS COPYRIGHT INFRINGEMENT;** <br><br> **4. VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT, SECTION 1201;** <br><br> **5. REQUEST FOR INJUNCTIVE RELIEF** <br><br> *Demand for trial by jury* |

///

**COMPLAINT**

Plaintiff, David A. Crook doing business as VB Conversions, a sole proprietorship, hereby brings the within action against Harcourt Investment Consulting AG, a Swiss corporation, (hereinafter "Harcourt"), an individual only known as Koechlin and other unknown individuals, for their systematic and continuous acts of copyright infringement, vicarious and contributory copyright infringement and violation of the Digital Millennium Copyright Act, Section1201 This action is based upon a federal question.

## A.    SUMMARY OF THE ACTION.

1.    This action seeks damages and injunctive relief based upon defendant's unauthorized copying and usage of plaintiff's copyrighted software entitled "VB.NET to C# Converter."  (C# is pronounced C Sharp)

## B.    JURISDICTION.

2.    This action arises under the Copyright Act of the United States,17 U.S.C.§101 and 501, et seq.  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1338 (a)

3.    Venue is proper in this Court pursuant to 28 U.S.C.§ 1391(b) (2) & (3).

4.    Further, Plaintiff alleges venue is proper as the result of a Forum Selection Clause in a license agreement affirmed by defendant designating the County of Los Angeles, State of California, as the appropriate location for hearing in the event of a dispute.

**COMPLAINT**

## C.   PARTIES.

5.   David L. Crook is the sole owner and operator of his company entitled VB Conversions (hereinafter "VBC"). He is a resident of Kansas City, MO. The principal headquarters of his business is located there.

6.   Plaintiff is informed and believes and thereon alleges that Harcourt is a joint stock corporation under the laws of Switzerland, whose principal headquarters are located at Stampfenbachstrasse 48, Zurich, Switzerland.

7.   Plaintiff is informed and believes and thereon alleges that Harcourt maintains offices in various cities around the world including: Madrid, Geneva, Stockholm, Hong Kong and New York.

8.   Plaintiff is informed and believes and thereon alleges that Harcourt is engaged in the business of hedge fund investments as a "fund of funds." In particular, Harcourt attempts to appeal to institutional investors.

9.   Plaintiff is further informed and believes and thereon alleges that Harcourt employs an individual by the name of Koechlin as a computer specialist, who at all relevant times mentioned herein, was working within the course and scope of employment. Plaintiff believes Koechlin is responsible, in part, for the claims of infringement set forth herein.

## D.   GENERAL ALLEGATIONS.

10.   Plaintiff has registered his programs with the Register of

**COMPLAINT**

Copyright and was given the registration number of TX 6-285-849 for Version

1.0 of the above entitled program; TX 6-425-720 for Version 2.0. A copy of

his registrations are attached hereto and incorporated by reference as Exhibit

"A."

11.   VBC sells its copyrighted program online at

www.vbconversions.net. Mr. Crook subscribes to the Shareware philosophy

of offering his program for a limited time to potential purchasers. In this

instance, he offers it for 15 days. A party is permitted to try out the program

and see if it is suitable for their needs. If so, they may apply for a license by

paying the required fee and affirming a license agreement. However, prior to

being permitted to use the Trial version, a prospective purchaser must first

affirm an End User Licensing Agreement. The trial version of the program

automatically disables after 15 days. A copy of the End User Licensing

Agreement (EULA) is attached hereto as Exhibit "B."

12.   Unfortunately, despite the best efforts of VBC, it has not been able

to stem the tide of unscrupulous people who have gained unauthorized access

to his program and have used the software to quickly convert to this latest

incarnation of computer language. These intruders have used so-called

"cracking sites" which exist in great abundance on the Internet. These sites

supply the decryption of registration keys to developer's software and enable

fraudulent registration codes (or keys) to be used in order to gain access to the

**COMPLAINT**

programs. In self defense, VBC has adopted a tracking system which is able to identify the date and time of the intruder, the external and internal IP of the offending computer, the identity of the user of that computer and other data which is integral to proof of infringement.

13.     The tracking system VBC adopted was created by Hitek Software LLC of Goleta, CA. VBC and Hitek have contracted to have the latter monitor its program and detect unauthorized access. Hitek receives the data at its servers almost simultaneously as it is received at VBC's servers.

14.     In business programming, Visual Basic (VB) has one of the largest user bases and is probably the most popular programming language. But many developers look to more recent computer languages in order to enhance what they do and to eliminate flaws found in earlier programs such as VB. Newer languages used by programmers include C, C+and C++. C# has evolved from these earlier attempts at improving VB.

15.     C# is intended to be a simple, modern, general-purpose, programming language. The language is intended for use in developing software components suitable for deployment in many different environments. For instance, C# compilers exist for just about every platform imaginable, including Mac, Linux, Windows, Solaris, etc.

16.     C# is suitable for writing applications for both hosted and

**COMPLAINT**

embedded systems, ranging from the very large that use sophisticated operating systems, down to the very small having dedicated functions.

17. Plaintiff is informed and believes that at all times mentioned herein defendant has engaged in the offering of services within the County of Los Angeles, State of California. Plaintiff alleges that Harcourt has formed a strategic alliance with Nuveen Investments for the purpose of the latter distributing Harcourt investment products in the United States. Plaintiff believes that said products have been and now are being sold in the County of Los Angeles.

18. Plaintiff is unaware of the names and true capacities of Defendants, whether individual, corporate and/or partnership entities, named herein as DOES 1 through 10, inclusive, and therefore sues them by their fictitious names. Plaintiff will seek leave to amend this complaint when their true names and capacities are ascertained. Plaintiff is informed and believes and thereon alleges that all of the defendants, known and unknown, are in some manner responsible for the wrongs alleged herein and that at all times mentioned herein were the agent and servant of the other Defendants and acting within the course and scope of said agency and employment. In the alternative, defendants and each of them were acting as joint venturers or partner-in-concert for the purpose of copying plaintiff's work.

19. Plaintiff is informed and believes and thereon alleges that at all

**COMPLAINT**

times relevant hereto, Defendants and DOES 1-10, inclusive, knew or

reasonably should have known of the acts and behavior alleged herein and the

damages caused thereby, and by their inaction ratified and encouraged such

acts and behavior. Plaintiff further alleges that said defendants have a

non-delegable duty to prevent or cause such acts and behavior described

herein, which duty defendants failed and/or refused to perform.

**FIRST CLAIM FOR RELIEF**: _Violation of 17 U.S.C.§106(1)&_
_501.et.seq., Copyright Infringement against all defendants._

20.    Plaintiff incorporates by reference paragraphs 1 through 19, as if

the same were set forth fully herein.

21.    It was disclosed that a computer owned and operated and/or

under the care, custody and control of defendant Harcourt had used a

fraudulent registration "key" (or code) to unlock  plaintiff's program, Version

2..15. The first act of unauthorized access to the software was determined to

have occurred on February 5, 2008, at 2:49 p.m. (Western European time)  It

appears that the country of origin of the infringing act emanated from the

United Kingdom.

22.    The identity of the computer which was the device used to gain

access is called "PC-117XP." The public Internet Protocol address was detected

as: 217.8.202.90.  The report from RIPE indicates that this is a computer

**COMPLAINT**

owned and/or operated by defendant Harcourt. The internal IP address was noted to be; 172.21.13.48. The identity of the User of this machine is identified as "simitovic."

23.  Thereafter, on May 8, 2008, commencing at 4:05 p.m. (Western European standard time) and for the next two hours and fifty-two (2 hrs., 52 min.)minutes, a device with the same public IP as above, but with a different private IP, 172.21.13.58, apparently on the same network, copied plaintiff's software without the knowledge or consent of the plaintiff.

24.  In this subsequent act of infringing, two different computers are noted to have been used to accomplish the wrongful acts. Those two computers are entitled:"NOTE–016XP" and "PC–099XP." The identity of the user is noted to be "koechlin." The Version is 2.17 of plaintiff's program.

25.  In gaining unauthorized access to plaintiff's software by use of a fraudulent code or key, the defendants were able to convert Visual Basic lines of code to 996,876 lines of C#. This constitutes an enormous number of lines converted.

26.  "Reseaux IP Europeens" or RIPE is one of five Regional Internet Registries (RIRs) providing Internet resource allocations, registration service and co-ordination activities that support operation of the Internet globally. RIPE is responsible for the assignment of internet protocol addresses within its geographic region. The region encompasses Europe and the Middle East.

**COMPLAINT**

(The RIR assigned to North and South America is called American Registry of Internet Numbers or ARIN.)

27.   RIPE confirms that the public internet protocol numbers of 217.8.202.90 indicate computers owned and/or operated by defendant Harcourt. A copy of its findings are attached hereto as Exhibit " C ."

28.   As a proximate result of the unauthorized access obtained by defendants, and each of them, the plaintiff sustained a loss of sales, a diminution of value of his program, a potential loss of license value.Meanwhile, the defendants have profited unjustly in the sum of $996,876.00, at the very least, by avoiding the cost and expense of hiring a competent computer programmer able and willing to do the work completed by the unauthorized use of plaintiff's program.

29.   Plaintiff is informed and believes and thereon alleges that without the benefit of plaintiff's copyrighted program, a programmer would require, at the very least 9,968 hours to convert the number of lines which defendants' obtained by way of their fraudulent actions.  Plaintiff is further informed that the average cost of a programmer is approximately $100.00 per hour. It is estimated that a programmer with enough knowledge and experience could only convert about 100 hours per hour without plaintiff's program. Accordingly, defendants' have been unjustly enriched and profited by misappropriating the code in the amount of $996,876.00, in that they did not

**COMPLAINT**

have to employ such persons to do this work and pay them the customary amount required to do an equivalent job.

30.   Plaintiff further contends that defendants, and each of them, have profited and will continue to profit in an amount unknown, but according to proof pursuant to 17 U.S.C. § 504(a)(1) & (b).

31.   Plaintiff further contends that the use of fraudulent codes to gain unauthorized access to the program was an intentional, knowledgeable and deliberate act designed to unlock plaintiff's registration code. It was therefore a willful violation subjecting defendants' to the maximum statutory award of $300,000.00, for violation of each of plaintiff's copyrighted works.

**SECOND CLAIM FOR RELIEF:** *Vicarious Copyright Infringement against defendant Harcourt.*

32.   Plaintiff incorporates by reference paragraphs 1 through 31, as if the same were set forth fully herein.

33.   Plaintiff is informed and believes and thereon alleges that all time mentioned herein defendants and each of them had the right and ability to oversee, govern, control and direct its employees actions, including, but not limited to halting any adverse or unlawful action taken by said employees. Yet, despite the ability set forth above, defendants have failed and refused to enforce rules of conduct regarding the unauthorized taking of intellectual property by their employees.

**COMPLAINT**

34.    Plaintiff is informed and believes that defendants and others whose identity is unknown to plaintiff were all employed by defendants at all relevant times as computer specialists. As a result, they were under the control and supervision of the other entity defendants and at all times were performing their duties in the course and scope of employment.

35.    As a result of the activities of the said employee defendants, Harcourt has profited as set forth above in an amount and in a manner that would not have taken place but for the purloining of plaintiff's copyrighted software. As a consequence, Harcourt has gained a financial benefit to which it was not entitled.

36.    Under the circumstances outlined above, defendants and each of them are jointly and severally liable to plaintiff as vicarious copyright infringers in at least the amount of $996,876.00. Defendants are also liable to plaintiff for Actual Damages over and above those stated for its use of the program in the production of Net Profit attributable to the infringement.. Plaintiff, in the alternative, seeks maximum Statutory Damages for each of his copyrighted works or $300,000.00.

**THIRD CLAIM FOR RELIEF**: _Contributory Copyright Infringement against Harcourt._

37.    Plaintiff incorporates by reference paragraphs 1 through 36, as if the same were set forth fully herein.

38.   Plaintiff is informed and believes and thereon alleges that Harcourt aided and abetted the actions of its employees and materially contributed thereto by supplying the data and equipment necessary to encourage, urge and persuade and induce the usage of plaintiff's intellectual property for the financial benefit of the entity defendants.

39.   As a proximate result, the entity defendants and each of them are jointly and severally liable to plaintiff in Actual Damages in an amount of at least $996,876.00, and all profits attributable to the infringement thereafter. In the alternative, defendants are liable for Statutory Damages in the amount of $300,000.00, as and for the willful violation of each of plaintiff's copyrighted programs.

**FOURTH CLAIM FOR RELIEF:** _Violation of the Digital Millennium Copyright Act (17 U.S.C. § 1201)._

40.   Plaintiff repeats and re-alleges paragraphs 1 through 39, as if the same were set forth fully herein.

41.   At all times mentioned herein, plaintiff had in force a 25 digit alphanumeric code designed to control access to his copyrighted software. It is only when a legitimate purchaser fulfills his obligation with respect to the terms and conditions of the End User Licensing Agreement (EULA) and pays the appropriate fee, that unlimited access to the licensed product is permitted. When adherence to the EULA was satisfied plaintiff will issue to the licensee a

Page 12 of 15                                    **COMPLAINT**

license and provide a legitimate code enabling access to the copyrighted program.

42. The code is intended as a technological measure for the purpose of protecting his proprietary program. To gain access requires knowledge of the 25 digits issued by plaintiff. It is intended to exclude those who sought to circumvent the code.

43. The true number of occasions of acts of circumvention is unknown to plaintiff at this time, but at least twenty-seven occasions have been detected.

44. As a consequence of defendants' unlawful and unauthorized circumvention of plaintiff's measures, plaintiff has sustained damages as previously set forth herein.

45. The use of the circumvention device to gain access is an intentional and knowledgeable act by the defendants. It is therefore willful and subjects defendants jointly and severally liable for the maximum allowed for Statutory Damages per act of circumvention or $67,500.00, which sum is in addition to any damages awarded for infringement.

**WHEREFORE**, plaintiff prays that the Court issue the following:

A. Defendant be enjoined during the pendency of this action and

**COMPLAINT**

permanently thereafter from appropriating, using or otherwise benefitting from plaintiff's copyrighted application software identified above without the express written approval of plaintiff or his delegate;

B.     Defendants be ordered to identify, preserve, set aside and retain any and all source code used by them in the infringement alleged above pursuant to Federal Rule of Civil Procedure 34, which includes, but is not limited to:(i) all electronically stored information which contains any portion of plaintiff's copyrighted program; (ii) all writings as defined in Federal Rule of Evidence 1001, which refer to or mention in any manner plaintiff's program, except to those items based on privilege;

C.     Pay any and all damages sustained by him as the result of their unlawful acts, with prejudgment interest, as well as account for and pay for all gains and profits they have enjoyed at plaintiff's expense. In particular, Plaintiff demands compensation of at least $300,000.00, in Statutory Damages for infringement of each of his works; or, Actual Damages of at least $996,876.00, plus profits attributable to the infringement, both direct and indirect, according to law; and, $67,500.00 for violation of Section 1201 of the Digital Millennium Copyright Act;

D.     Trial by jury;

E.     All costs of litigation, including, but not limited to costs of suit,

**COMPLAINT**

1  reasonable attorney fees and interest on the judgment at legal rates; /

2      F.    Such other and further relief as the Court deems just.

3

4

5  DATED: August 4, 2009

6

7                              DONALD M. GINDY
                              PROFESSIONAL LAW CORPORATION
8

9                  BY:    _____

10                              DONALD M. GINDY
                              Attorney for Plaintiff
11                              David A. Crook dba VB Conversions

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                        Page 15 of  15                      **COMPLAINT**

# EXHIBIT  A



Office in accordance with title 17, United States Code, identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

Register of Copyrights, United States of America

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6–285–849

EFFECTIVE DATE OF REGISTRATION

Month **Feb** Day **13** Year **2006**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
VB.Net to C# Converter 1.x

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼
David Crook

DATES OF BIRTH AND DEATH
Year Born ▼ 1964    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶ USA
⎱ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Converts programs written in the Visual Basic.Net language to C#

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶
⎱ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶
⎱ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
2004   ◀ Year  in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month ▶ July   Day ▶ 1   Year ▶ 2004
ONLY if this work has been published.    USA    ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
David Crook
11184 Antioch #179
Overland Park, KS 66210

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 13 2006
ONE DEPOSIT RECEIVED
FEB 13 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE  OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

CORRESPONDENCE
☐ Yes

COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶          **Year of Registration** ▶

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a  6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a  7**

**Name** ▼          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**

David Crook
11184 Antioch #179
Overland Park, KS 66210

Area code and daytime telephone number ▶ (913) 660-4664          Fax number ▶

Email ▶ admin@vbconversions.com

**CERTIFICATION**   I, the undersigned, hereby certify that I am the
Check only one ▶

☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

David Crook          Date ▶ 1/19/2006

Handwritten signature (X) ▼

X _David Crook_

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
David Crook

Number/Street/Apt ▼
11184 Antioch #179

City/State/ZIP ▼
Overland Park, KS 66210

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx   Web Rev: July 2003   ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Case 2:09-cv-05809-AHM Document 1 Filed 08/12/09 Page 19 of 40 Page ID #:19

**Form TX**

TX 6 – 425 – 720

TXU

EFFECTIVE DATE OF REGISTRATION

JUL 26 2006

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**TITLE OF THIS WORK ▼**

VB.NET to C# CONVERTER, VERSION 2.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**

DAVID CROOK

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1964    Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
NEW AND REVISED COMPUTER PROGRAM TEXT

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006   ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ JULY   Day ▶ 10   Year ▶ 2006
ONLY if this work has been published. UNITED STATES   ◄ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
DAVID CROOK
11184 Antioch #179
Overland Park, KS 66210

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 26 2006
ONE DEPOSIT RECEIVED
JUL 26 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

FOR
COPYRIGHT
OFFICE
USE
ONLY

CORRESPONDENCE
☑ Yes

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ TX 6-285-849                     Year of Registration ▶ 2004

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

VB NET to C# CONVERTER, VERSION 1.0.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

NEW AND REVISED COMPUTER PROGRAM TEXT

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
DONALD M. GINDY
DONALD M. GINDY, PLC
1880 CENTURY PARK EAST, SUITE 615  LOS ANGELES, CA 90067

Area code and daytime telephone number ▶ (310) 772-0585                     Fax number ▶ (310) 772 0018

Email ▶ don@gindylaw.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
DAVID CROOK                                                     Date ▶ 7/18/2006

Handwritten signature (X) ▼
X  David A. Crook

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
DAVID CROOK

Number/Street/Apt ▼
11184 Antioch #179

City/State/Zip ▼
Overland Park, KS 66210

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. Government Printing Office: 2006-xxx-xxx/xx

# EXHIBIT B

## END USER LICENSE AGREEMENT FOR VBCONVERSIONS SOFTWARE.

**1. IMPORTANT-READ CAREFULLY:** This VBConversions End-User License Agreement ("EULA") is a legal agreement between you (either an individual person or a single legal entity, who will be referred to in this EULA as "You") and for the VBConversions software product that accompanies this EULA, including any associated media, printed materials and electronic documentation (the "Software Product"). The Software Product also includes any software updates, add-on components, web services and/or supplements that VBConversions may provide to You or make available to You after the date You obtain Your initial copy of the Software Product to the extent that such items are not accompanied by a separate license agreement or terms of use. By installing, copying, downloading, accessing or otherwise using the Software Product, You agree to be bound by the terms of this EULA. If You do not agree to the terms of this EULA, do not install, access or use the Software Product; instead, You should return it to Your place of purchase for a full refund.

This license shall be deemed to have been executed within the State of California, in the United States of America. It shall be construed and enforced in accordance with and governed by the laws of the State of California. The exclusive venue for resolution of any claim or dispute regarding this license shall be the County of Los Angeles. In the event of a claim of copyright infringement, the proper venue is acknowledged to be the United States District Court for the State of California.

## SOFTWARE PRODUCT LICENSE

The Software Product is protected by intellectual property laws and treaties. The Software Product is licensed, not sold.

**1. GRANT OF LICENSE.** This Section of the EULA describes Your general rights to install and use the Software Product The license rights described in this Section are subject to all other terms and conditions of this EULA.

**General License Grant to Install and Use Software Product.** You may install and use one copy of the Software Product on a single computer, device, workstation, terminal, or other digital electronic or analog device ("Device"). A license for the Software Product may not be shared. This license may not be transferred to another user or company.

**Reservation of Rights.** All rights not expressly granted are reserved by VBConversions.

## 2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS.

**Limitations on Reverse Engineering, Decompilation, and Disassembly.** You may not reverse engineer, decompile, or disassemble the Software Product, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

**Trademarks.** This EULA does not grant You any rights in connection with any trademarks or service marks of VBConversions.

**No rental, leasing or conversion services.** You may not rent, lease, lend or provide conversion

services to third parties with the Software Product.

**Support Services.** VBConversions may provide You with support services related to the Software Product ("Support Services"). Any supplemental software code provided to You as part of the Support Services are considered part of the Software Product and subject to the terms and conditions of this EULA. You acknowledge and agree that VBConversions may use technical information You provide to VBConversions as part of the Support Services for its business purposes, including for product support and development. VBConversions will not utilize such technical information in a form that personally identifies You.

**Termination.** Without prejudice to any other rights, VBConversions may terminate this EULA if You fail to comply with the terms and conditions of this EULA. In such event, You must destroy all copies of the Software Product and all of its component parts.

### 3. UPGRADES.

**Standard Software Product.** If the Software Product is labeled as an upgrade, You must be properly licensed to use a product identified by VBConversions as being eligible for the upgrade in order to use the Software Product. A Software Product labeled as an upgrade replaces or supplements (and may disable) the product that formed the basis for Your eligibility for the upgrade. You may use the resulting upgraded product only in accordance with the terms of this EULA. If the Software Product is an upgrade of a component of a package of software programs that You licensed as a single product, the Software Product may be used and transferred only as part of that single product package and may not be separated for use on more than one Device.

### 4. INTELLECTUAL PROPERTY RIGHTS.
All title and intellectual property rights in and to the Software Product (including but not limited to any images, photographs, animations, video, audio, music, text, and "applets" incorporated into the Software Product), the accompanying printed materials, and any copies of the Software Product are owned by VBConversions or its suppliers. All title and intellectual property rights in and to the content that is not contained in the Software Product, but may be accessed through use of the Software Product, is the property of the respective content owners and may be protected by applicable copyright or other intellectual property laws and treaties. This EULA grants You no rights to use such content. If this Software Product contains documentation that is provided only in electronic form, you may print one copy of such electronic documentation. You may not copy the printed materials accompanying the Software Product.

### 5. BACKUP COPY.
After installation of one copy of the Software Product pursuant to this EULA, you may keep the original media on which the Software Product was provided by VBConversions solely for backup or archival purposes. If the original media is required to use the Software Product on the Device, you may make one copy of the Software Product solely for backup or archival purposes. Except as expressly provided in this EULA, you may not otherwise make copies of the Software Product or the printed materials accompanying the Software Product.

### 6. EXPORT RESTRICTIONS.
You acknowledge that the Software Product is of U.S. origin. You agree to comply with all applicable international and national laws that apply to the Software

Product, including the U.S. Export Administration Regulations, as well as end-user, end-use and destination restrictions issued by U.S. and other governments

## 7. APPLICABLE LAW.

If you acquired this Software Product in the United States, this EULA is governed by the laws of the State of California. If this Software Product was acquired outside the United States, then local law may apply.

## 8. LIMITED WARRANTY

LIMITED WARRANTY FOR SOFTWARE PRODUCTS ACQUIRED IN THE US AND CANADA. VBConversions warrants that the SOFTWARE PRODUCT will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.

If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY (90) DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the SOFTWARE PRODUCT, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety (90) day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by VBConversions, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software Product does not meet VBConversions' Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 10 below ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have others which vary from state/jurisdiction to state/jurisdiction.

YOUR EXCLUSIVE REMEDY. VBConversions' and its suppliers' entire liability and your exclusive remedy shall be, at VBConversions' option from time to time exercised subject to applicable law, (a) return of the price paid (if any) for the Software Product, or (b) repair or replacement of the Software Product, that does not meet this Limited Warranty and that is returned to VBConversions with a copy of your receipt. You will receive the remedy elected by VBConversions without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software Product to VBConversions). This Limited Warranty is void if failure of the Software Product has resulted from accident, abuse, misapplication, abnormal use or

a virus. Any replacement Software Product will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer. Outside the United States or Canada, neither these remedies nor any product support services offered by VBConversions are available without proof of purchase from an authorized international source

**9. DISCLAIMER OF WARRANTIES.** THE LIMITED WARRANTY THAT APPEARS ABOVE IS THE ONLY EXPRESS WARRANTY MADE TO YOU AND IS PROVIDED IN LIEU OF ANY OTHER EXPRESS WARRANTIES (IF ANY) CREATED BY ANY DOCUMENTATION OR PACKAGING. EXCEPT FOR THE LIMITED WARRANTY AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, VBCONVERSIONS AND ITS SUPPLIERS PROVIDE THE SOFTWARE AND SUPPORT SERVICES (IF ANY) *AS IS AND WITH ALL FAULTS*, AND HEREBY DISCLAIM ALL OTHER WARRANTIES AND CONDITIONS, EITHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, ANY (IF ANY) IMPLIED WARRANTIES, DUTIES OR CONDITIONS OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OF ACCURACY OR COMPLETENESS OR RESPONSES, OF RESULTS, OF WORKMANLIKE EFFORT, OF LACK OF VIRUSES AND OF LACK OF NEGLIGENCE, ALL WITH REGARD TO THE SOFTWARE, AND THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT SERVICES. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, AND CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

**10. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES.** TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL VBCONVERSIONS OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE PRODUCT, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT SERVICES, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF VBCONVERSIONS OR ANY SUPPLIER, AND EVEN IF VBCONVERSIONS OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**11. LIMITATION OF LIABILITY AND REMEDIES.** NOTWITHSTANDING ANY DAMAGES THAT YOU MIGHT INCUR FOR ANY REASON WHATSOEVER (INCLUDING, WITHOUT LIMITATION, ALL DAMAGES REFERENCED ABOVE AND ALL DIRECT OR GENERAL DAMAGES), THE ENTIRE LIABILITY OF VBCONVERSIONS AND ANY OF ITS SUPPLIERS UNDER ANY PROVISION OF THIS EULA AND YOUR EXCLUSIVE REMEDY FOR ALL OF THE FOREGOING (EXCEPT FOR ANY REMEDY OF REPAIR OR REPLACEMENT ELECTED BY VBCONVERSIONS

WITH RESPECT TO ANY BREACH OF THE LIMITED WARRANTY) SHAL BE LIMITED TO THE GREATER OF THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE OR U.S. $5.00. THE FOREGOING LIMITATIONS, EXCLUSIONS AND DISCLAIMERS (INCLUDING SECTIONS 6, 7, AND 8 ABOVE) SHALL APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EVEN IF ANY REMEDY FAILS ITS ESSENTIAL PURPOSE.

**12. REGISTRATION / USAGE INFORMATION.** When you use this software, and also when you register this software, the following information about our software and your computer is recorded into the VBConversions and/or our 3rd party User Registration Tracking Company Database: Product Name, Version, Registration Key, Computer Name, Computers Internal IP address, Username logged onto Computer, Operating Systems Registered Owner, Operating Systems Registered Organization, Name, Organization Name, Email Address (as entered on the registration screen), total number of lines converted, and installation date. Additionally, your organizations public IP address, and hostname is recorded by VBConversions and/or the 3rd party Tracking database. The above information may also be posted to VBConversions and/or our 3rd party user registration database on a regular periodic basis in order to update our registered user usage records. After every project conversion, the project name, number of lines of original and converted code, CLR version number, number of lines with compiler errors, number of compiles, and conversion time may also be recorded by VBConversions and/or our 3rd party User Registration tracking company.

VBConversions assures the user, that the above information will be securely stored, and maintained with the utmost care by VBConversions and our 3rd party User Registration tracking company. By installing and/or registering and/or using this software, you agree that VBConversions or our 3rd party User Registration tracking company should not be held liable in any manner, if the security of this information is compromised in any manner. To the extent not prohibited by law, in no event will VBConversions or our 3rd party User Registration tracking company, and ours and its licensors be liable for any lost revenue, profit or data, or for special, indirect, consequential, incidental or punitive damages, however caused regardless of the theory of liability, arising if the security of this information is compromised in any manner, even if VBConversions and our 3rd party User Registration tracking company has been advised of the possibility of such damages. Only install this software, if you agree to have this information recorded by VBConversions to our 3rd party User Registration tracking company. By installing and/or registering and/or using this software, you agree that you grant VBConversions your full and unconditional permission to record this information itself and to our 3rd party User Registration tracking company.

**13. COPYRIGHT INFRINGEMENT:** You agree not to infringe on VBConversions copyright of this software. Copyright violation could be in the form of a) violating license counts, which you have purchased or b) using illegally generated registration keys to unlock the software, without purchasing a valid license(s). You agree to only use Regsitration keys generated online from our VBConversions website, or only use registration keys emailed to you by VBConversions or our third party order processing Company. You agree that any attempt to register this software, or unlock the software permanently, by using an illegal or fraudulent registration key makes this software copy an illegal and unauthorized copy, and violates VBConversions copyright of this

software.

**14. ENTIRE AGREEMENT.** This EULA (including any addendum or amendment to this EULA which is included with the Software Product) is the entire agreement between you and VBConversions relating to the Software Product and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software Product or any other subject matter covered by this EULA. To the extent the terms of any VBConversions policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control.

# EXHIBIT C

About RIPE NCC | Contact | Search | Sitemap

RIPE NCC    LIR Portal    ⊞ RIPE

## RIPE Database Search

you are here: home -> RIPE Database -> RIPE Database Search

### Query the RIPE Database

Search for [217.8.202.90]    [Search]    [Reset Form]

[Advanced Search Form]

Switch to the RIPE TEST Database

**RIPE Database:**

- RIPE Database Info
- Update Database
- Advanced Search
- Simple Search
- Free Text Search
- Database Documentation
- Database Copyright
- RIPE Database Support

RIPE
NCC
E-Learning Centre

```
% This is the RIPE Whois query server #3.
% The objects are in RPSL format.
%
% Rights restricted by copyright.
% See http://www.ripe.net/db/copyright.html

% Note: This output has been filtered.
%       To receive output for a database update, use the "-B" flag.

% Information related to '217.8.202.80 - 217.8.202.95'

inetnum:        217.8.202.80 - 217.8.202.95
netname:        CH-EASYNET-HARCOURT
descr:          Harcourt Investment Consulting AG
descr:          8006 Zurich
country:        CH
admin-c:        SB5880-RIPE
tech-c:         SB5880-RIPE
status:         ASSIGNED PA  Definition
mnt-by:         EASYNET-CH-MNT
```


```
source:             RIPE # Filtered


person:             Stefan Buechler
address:            Stampfenbachstrasse 48
address:            8006 Zurich
address:            CH
e-mail:             buechler@harcourt.ch
phone:              +41 1 365 10 19
fax-no:             +41 1 365 10 01
mnt-by:             EASYNET-CH-MNT
nic-hdl:            SB5880-RIPE
source:             RIPE # Filtered

% Information related to '217.8.192.0/19AS4589'

route:              217.8.192.0/19
descr:              Easynet AG
origin:             AS4589
mnt-by:             EASYNET-CH-MNT
source:             RIPE # Filtered


Legend

Bold: Object type
Underlined: Primary key
Hyperlink: Searchable attribute
```

**3 objects found for '217.8.202.90'**

**Further Information**
RIPE Whois Documentation
RIPE DB Free-text Search (Glimpse)

Other RIRs Database Search: AfriNIC | APNIC | ARIN | LACNIC

About RIPE NCC | Site Map | LIR Portal | About RIPE | Contact | © RIPE NCC. All rights reserved.

... template6-6-all query string=&searchtext=217.8.202.90&submit.x=10&submit.y=9

3/11/2009

RIPE Database Search

you are here: home -> RIPE Database -> RIPE Database Search

RIPE Database:

- RIPE Database Info
- Update Database
- Advanced Search
- Simple Search
- Free Text Search
- Database Documentation
- Database Copyright
- RIPE Database Support

Click here for the RIPE NCC E-Learning Centre

# Query the RIPE Database

Search for 217.8.202.90                    [ Search ]  [ Reset Form ]

[ Advanced Search Form ]

Switch to the RIPE TEST Database

```
% This is the RIPE Whois query server #2.
% The objects are in RPSL format.
%
% Rights restricted by copyright.
% See http://www.ripe.net/db/copyright.html

% Note: This output has been filtered.
%       To receive output for a database update, use the "-B" flag

% Information related to '217.8.202.80 - 217.8.202.95'

inetnum:        217.8.202.80 - 217.8.202.95
netname:        CH-EASYNET-HARCOURT
descr:          Harcourt Investment Consulting AG
descr:          8006 Zurich
country:        CH
admin-c:        SB5880-RIPE
tech-c:         SB5880-RIPE
status:         ASSIGNED PA
mnt-by:         EASYNET-CH-MNT
source:         RIPE # Filtered

person:         Stefan Buechler
address:        Stampfenbachstrasse 48
address:        8006 Zurich
address:        CH
e-mail:         buechler@harcourt.ch
phone:          +41 1 365 10 19
fax-no:         +41 1 365 10 01
mnt-by:         EASYNET-CH-MNT
nic-hdl:        SB5880-RIPE
source:         RIPE # Filtered

% Information related to '217.8.192.0/19AS4589'

route:          217.8.192.0/19
descr:          Easynet AG
origin:         AS4589
mnt-by:         EASYNET-CH-MNT
source:         RIPE # Filtered
```

Legend
**Bold: Object type**
Underlined: Primary key
Hyperlink: Searchable attribute

**3 objects found for '217.8.202.90'**

**Further Information**
RIPE Whois Documentation

About RIPE NCC | Site Map | LIR Portal | About RIPE | Contact | □ RIPE NCC. All rights reserved.

## VB Conversion

## Proof of illegal registration

**Computer Name**                NOTE-016XP

------------------------------------------------------------

| | |
|---|---|
| **Server date** | 2008-05-08 10:15:29 EDT |
| **Installed (user date)** | 08/05/2008 15:53 |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.17 |
| **Key** | TYWAW-RKB2W-AUPLH-DWX6R-N1QQF |
| **Public IP** | 217.8.202.90 |
| **Host** | 202.90.static-adsl.customer.ch.easynet.net |
| **Private IP** | 172.21.13.58 |
| **Username** | koechlin |
| **Domain** | HARCOURT |
| **Owner** | IT-Infrastructure |
| **Organization** | Harcourt Investment Consulting AG |

------------------------------------------------

## Harcourt Investments

**VB Conversion**

## Proof of illegal usage

**Computer Name**                NOTE-016XP

------------------------------------------------

| | |
|---|---|
| **Server date** | 2008-05-08 10:17:13 EDT |
| **Installed (user date)** | 08/05/2008 15:53 |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.17 |
| **Key** | TYWAW-RKB2W-AUPLH-DWX6R-N1QQF |
| **Public IP** | 217.8.202.90 |
| **Host** | 202.90.static-adsl.customer.ch.easynet.net |
| **Private IP** | 172.21.13.58 |
| **Username** | koechlin |
| **Domain** | HARCOURT |
| **Owner** | IT-Infrastructure |
| **Organization** | Harcourt Investment Consulting AG |

------------------------------------------------

**Harcourt Investments**

**VB Conversion**

## Proof of illegal registration

**Computer Name**              PC-099XP

---------------------------------------------------------------

| | |
|---|---|
| **Server date** | 2008-05-08 10:24:54 EDT |
| **Installed (user date)** | 08/05/2008 16:24 |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.17 |
| **Key** | TYWAW-RKB2W-AUPLH-DWX6R-N1QQF |
| **Public IP** | 217.8.202.90 |
| **Host** | 202.90.static-adsl.customer.ch.easynet.net |
| **Private IP** | 172.21.13.48 |
| **Username** | koechlin |
| **Domain** | HARCOURT |
| **Owner** | IT-Infrastructure |
| **Organization** | Harcourt Investment Consulting AG |

---------------------------------------------------

**Harcourt Investments**

**VB Conversion**

## Proof of illegal usage

**Computer Name**          PC-099XP

-----------------------------------------------------------------

| | |
|---|---|
| **Server date** | 2008-05-08 10:36:40 EDT |
| **Installed (user date)** | 08/05/2008 16:24 |
| **Program** | VB.Net to C# Converter |
| **Program Version** | 2.17 |
| **Key** | TYWAW-RKB2W-AUPLH-DWX6R-N1QQF |
| **Public IP** | 217.8.202.90 |
| **Host** | 202.90.static-adsl.customer.ch.easynet.net |
| **Private IP** | 172.21.13.48 |
| **Username** | koechlin |
| **Domain** | HARCOURT |
| **Owner** | IT-Infrastructure |
| **Organization** | Harcourt Investment Consulting AG |

**Harcourt Investments**

**VB Conversion**

**Proof of illegal Usage**

**Computer Name**             PC-117XP

------------------------------------------------------------------

**Server date**              2008-05-08 12:57:04 EDT
**Installed (user date)**        08/05/2008 16:24
**Program**                  VB.Net to C# Converter
**Program Version**            2.17
**Key**                      TYWAW-RKB2W-AUPLH-DWX6R-N1QQF
**Public IP**                217.8.202.90
**Host**                     202.90.static-adsl.customer.ch.easynet.net
**Private IP**               172.21.13.48
**Username**                 koechlin
**Domain**                   HARCOURT
**Owner**                    IT-Infrastructure
**Organization**             Harcourt Investment Consulting AG

--------------------------------------------------

**Harcourt Investments**

**Author**             David Crook

**Company**            Harcourt Investments
**Website**            http://www.harcourt.ch
**Address on web**     Harcourt Alternative Investments (US) LLC
                       712 Fifth Avenue, 28th Floor
                       New York, NY 10019
                       United States of America
                       P: +1  212 371 4340
                       F: +1  212 371 4342
                       www.harcourtalternative.com

**Contact person**
**Whois points to**              RIPE- Harcourt Investment Consulting AG
**Address on Whois**                   netname:      CH-EASYNET-HARCOURT
                       descr:      Harcourt Investment Consulting AG
                       descr:      8006 Zurich
                       country:      CH

**Host points to**
**Key**
**Latest usage**       2008-05-08 10:36:40.0
**External_IP**        217.8.202.90
**Reg_usage_notes**
**Notes**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge A. Howard Matz and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV09- 5899 AHM (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| **312 N. Spring St., Rm. G-8** | **411 West Fourth St., Rm. 1-053** | **3470 Twelfth St., Rm. 134** |
| **Los Angeles, CA 90012** | **Santa Ana, CA 92701-4516** | **Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you.